UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KWAUNTAY WATERS,

         Plaintiff,                Case No. 1:24-cv-496

v.                                       Honorable Phillip J. Green

H. WASHINGTON, et al.,

         Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:  September 30, 2024              /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge